1
2
3
4
5
6

7   UNITED STATES DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
8   AT SEATTLE

9   UNITED STATES OF AMERICA,    )
                                 )   NO. CR06-241RSL
10            Plaintiff,         )
                                 )
11       v.                      )   ORDER CONTINUING
                                 )   TRIAL DATE AND DEADLINE FOR
12  ANIBAL LEON-INZUNZA,         )   FILING PRE-TRIAL MOTIONS
                                 )
13                               )
              Defendant.         )
14  _____    )

15       THIS MATTER came before the Court on the stipulated motion by the parties for
16  an Order continuing the trial date from December 4, 2006, and continuing the deadline
17  for filing pretrial motions from November 2, 2006.  This motion was brought on the
18  grounds that the Court granted Defendant's counsel, David Arganian's, motion to
19  substitute counsel on October 10, 2006; that Defendant's counsel requires additional time
20  to review voluminous discovery in this case; that the government and Defendant's new
21  counsel require additional time to explore the resolution of the case by plea; and that an
22  extension of the trial date would allow Defendant and his counsel the reasonable time
23  necessary for effective preparation, taking into account the exercise of due diligence.
24       Having considered these arguments from the parties, and all other matters of
25  record, and being fully advised in the premises,
26       THE COURT HEREBY FINDS that, for reasons set forth in the parties' stipulated
27  motion, the ends of justice to be served by granting the requested continuance outweigh
28

ORDER CONTINUING TRIAL DATE/
Leon-Inzunza, Case No. CR06-241RSL–1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  the best interests of the public in a more speedy trial within the meaning of Title 18,
2  United States Code, Section 3161(h)(8)(A).  NOW THEREFORE,
3      IT IS HEREBY ORDERED that the stipulated motion of the parties to continue
4  the trial herein from December 4, 2006, until March 5, 2007, and the deadline for filing
5  pretrial motions to February 7, 2007, is hereby GRANTED.
6      IT IS FURTHER ORDERED that counsel for the government shall have two
7  weeks to respond to any pretrial motions filed by defense counsel.
8      IT IS FURTHER ORDERED that, following Defendant's execution of a Waiver
9  of Speedy Trial in this regard to March 19, 2007, to be filed no later than the filing of the
10 Court's Order, the period of delay from December 4, 2006, until March 19, 2007, shall be
11 excludable, pursuant to Title 18, United States Code, Sections 3161(h)(8)(A), (B)(ii) and
12 (B)(iv), for the purposes of computing time limitations imposed by the Speedy Trial Act,
13 Title 18, United States Code, Section 3161.
14      DATED this 8th day of November, 2006.

                                    /s/ Robert S. Lasnik
                                    Robert S. Lasnik
                                    United States District Judge

17 Presented by:

   s/ *Adam W. Cornell*
20 ADAM W. CORNELL
   Special Assistant United States Attorney
21 WSBA #32206
22 United States Attorney's Office
   700 Stewart Street, Suite 5220
23 Seattle, WA 98101-1271
24 Telephone:  (206) 553-7970
   Facsimile:  (206) 553-0755
25 E-mail:  adam.cornell@usdoj.gov

26 s/ *David Arganian*
27 DAVID ARGANIAN
   Counsel for Anibal Leon-Inzunza
28 *(Via telephonic approval)*

ORDER CONTINUING TRIAL DATE/
Leon-Inzunza, Case No. CR06-241RSL–2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970